AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

ERLEND OLSON

*Defendant*

)
)
)
)
)
)

Case: 1:25-cr-00069
Assigned To : Judge Royce C. Lamberth
Assign. Date : 03/13/2025
Description: Indictment (B)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ERLEND OLSON

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Wire and Mail Fraud)
18 U.S.C. §§ 1343, 2 (Wire Fraud and Aiding and Abetting)
18 U.S.C. §§ 1341, 2 (Mail Fraud and Aiding and Abetting)
26 U.S.C. § 7201 (Tax Evasion)

Date: 03/13/2025

*Issuing officer's signature*

City and state: Washington, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/13/25, and the person was arrested on *(date)* 3/17/25
at *(city and state)* Albuquerque, NM.

Date: 3/17/25

*Arresting officer's signature*

Charles W. Sublett, Special Agent
*Printed name and title*