## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | NO. | 1:25-CR-00069 |
| | : | | |
| vs. | : | | |
| | : | | |
| JOHN J. GALLAGHER | : | | |

### ENTRY OF APPEARANCE

Michael J. Diamondstein hereby respectfully enters his appearance as counsel on the above captioned matter.

Respectfully submitted,

___/s/ mjd_____
**Michael J. Diamondstein**
**Counsel for John J. Gallagher**
Michael J. Diamondstein, P.C.
Suite 900
Two Penn Center Plaza
15th & John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 940-2700
mjd@michaeldiamondstein.com