UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 1:25-cr-00069-RCL |
| ERLAND OLSON, et al., | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Now comes the undersigned and respectfully gives notice of his appearance as counsel on behalf of Joseph Fargnoli in the above-captioned matter.

Respectfully submitted,

*/s/ William J. Lovett*
William J. Lovett (BBO No. 643525)
Lovett O'Brien LLP
125 High Street
2611
Boston, MA 02110
wlovett@lovettobrien.com
Direct Phone (617-371-1007)
Fax (617-314-0447)

Dated:  March 31, 2025

**CERTIFICATE OF SERVICE**

I, William J. Lovett, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filings (NEF), on October 31, 2024.

*/s/ William J. Lovett*
William J. Lovett