UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOSEPH FARGNOLI,<br><br>*Defendant.* | Case No. 1:25-cr-69-RCL |

## ORDER

Upon consideration of Defendant Joseph Fargnoli's Motion to Travel [ECF No. 62], to which the United States assents, it is hereby

**ORDERED** that the Motion is **GRANTED**. Mr. Fargnoli is permitted to travel to Florida for work from January 11 through January 15, 2026.

**IT IS SO ORDERED.**

Date: 1/8/26

Royce C. Lamberth
United States District Judge

1