CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| vs. | ) Criminal Case No.: 25cr069-4 (RCL)<br>) |
| JOSEPH FARGNOLI | )<br>)<br>)<br>) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives their right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____
Royce C. Lamberth
United States District Judge

Date: January 20, 2026