IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. | 1:25-CR-00069 |
| | : | | |
| vs. | : | | |
| | : | | |
| **JOHN J. GALLAGHER** | : | | |

### JOHN GALLAGHER'S REPLY TO THE GOVERNMENT'S RESPONSE TO HIS MOTION FOR PRETRIAL CONFERENCE PURSUANT TO SECTION 2 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

*AND NOW*, John Gallagher, by and through his attorney, Michael J. Diamondstein, does file the within Reply praying that this Court will set an in person pretrial conference pursuant to Section 2 of the Classified Information Procedures Act (hereinafter "CIPA"), 18 U.S.C. App. III § 2. Mr. Gallagher avers as follows:

Mr. Gallagher prays that he be given the ability to address the Court at a CIPA 2 conference in person. Litigation is an art, not a science. Much of that art is muted when lawyers must use video technology as a medium through which to express themselves. Tone, delivery, and the body language of the listener are just as important as the message itself. Video technology does not allow for the proper expression of one's tone and therefore, one's position. The glitches caused by WiFi, internet connections, and technological snafus during hearings hampers both the messenger and the message.[1]

---

[1] History is replete with disastrous results when a message gets misconstrued. *See generally The Charge of the Light Brigade*, History.com (May 2025) found at: https://www.history.com/this-day-in-history/october-25-charge-of-the-light-brigade; *HIROSHIMA, MOKUSATSU AND ALLEGED MISTRANSLATIONS*, Boris Naimushin, New Bulgarian University, Sofia, Bulgaria (2021) found at: file:///C:/Users/MJD/Downloads/Hiroshima_Mokusatsu_and_Alleged_Mistranslations.pdf

In the instant case, Mr. Gallagher most respectfully submits that whether the Government intends to use classified information in its case is of no moment. Based upon information in Mr. Gallagher's possession, there should be a significant amount of classified materials in the instant matter that will be relevant to attack the allegations made in the Government's Indictment. Getting to the truth and, ultimately, the justice that Mr. Gallagher deserves will require the use of classified information. Thus, Mr. Gallagher prays that his counsel be given the opportunity to address the Court in person such that his tone and manner of delivery can convey his concern over the Government's representations and the importance and seriousness that the instant issue warrants.

Unfortunately, as the undersigned indicated when the March 18th, 2026 conference was scheduled, he is unavailable to appear in Washington, D.C. in person on that date.[2] Based upon the current posture of this matter, Mr. Gallagher does not believe that adding another conference date – or pushing the current conference date back – will affect the scheduling of the within matter. Mr. Gallagher respectfully submits that, based upon the Government's failure to turn over additional discovery materials, this matter is nowhere near being ready for a motions or trial date.[3] Thus, an in person CIPA 2 hearing will not burden the Government nor delay the within matter.

---

[2] The undersigned's father-in-law, Jack Moss, passed just before Christmas. His celebration of life is scheduled for March 19th, 2026 in Wellington, Florida. The undersigned is scheduled to fly to Florida from Philadelphia with his family on the afternoon of March 18th, 2026. The travel arrangements would not allow for the undersigned to make it back from Washington to Philadelphia in time to catch the flight.

[3] As of the filing of the within reply, the Government has yet to disclose the contents of sixteen (16) of Mr. Olson's devices that were seized in early July 2021. Based upon a rudimentary estimate, the devices will contain well over a million pages of data. The materials have not been provided to counsel for Mr. Olson for a privilege review. Mr. Olson's counsel, Barry Coburn, Esquire, is going to face the daunting task of having to review all the materials to create a privilege log. Then and only then will the

As Mr. Gallagher believes that the Court should be aware of the current classified information status prior to any Governmental request pursuant to CIPA § 4, he prays that the Court will grant him the opportunity for an in person CIPA 2 hearing.

*Respectfully submitted,*

  /s/ mjd
**Michael J. Diamondstein**
**Counsel for John J. Gallagher**
Michael J. Diamondstein, P.C.
Suite 900
Two Penn Center Plaza
15th & John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 940-2700
mjd@michaeldiamondstein.com

---

Government and the remaining co-defendants be able to review the materials and the privilege log to determine what if any materials in the log are ripe for challenge.

## CERTIFICATE OF SERVICE

On this **17th** day of **February, 2026,** I Michael J. Diamondstein, being duly sworn according to law, hereby certify that a true and correct copy of this document was served upon the following individuals in the manner specified:

**The Honorable Royce C. Lambert**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Clerk's Office**
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001
**VIA ECF**

**Alexis Hughes, AUSA**
**Rebecca Ross, AUSA**
U.S. Attorney's Office for the District of Columbia
601 D St NW
Washington, DC 20004
**VIA ECF**

**Daniella Medel, CISO**
**VIA EMAIL**

/s/ Michael J. Diamondstein
**MICHAEL J. DIAMONDSTEIN**
**Attorney for John J. Gallagher**