## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO.    1:25-cr-00069-RCL |
| | : | |
| vs. | : | |
| | : | |
| JOHN J. GALLAGHER | : | |

## *ENTRY OF APPEARANCE*

Mia M. Kashuba hereby respectfully enters her appearance as co-counsel on the above-caption matter.

*Respectfully submitted,*

/s/ mmk

**Mia M. Kashuba**
**Co-Counsel for John J. Gallagher**
Michael J. Diamondstein, P.C.
Suite 1815
Two Penn Center Plaza
15th & John F. Kennedy Blvd.
Philadelphia, PA 19102
(215) 940-2700
mmk@michaeldiamondstein.com