**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 25-CR-69 (RCL)** |
| | : | |
| **JOSEPH FARGNOLI,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO CONTINUE STATUS CONFERENCE AND STATUS REPORT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Joseph Fargnoli, by and through his counsel, William J. Lovett and Thomas Edward Zehnle, respectfully move to continue the scheduled status conference as to Defendant Fargnoli and submit this joint status report.

## PROCEDURAL HISTORY

On March 13, 2025, Defendant Fargnoli was indicted on one count of Conspiracy to Commit Wire Fraud and Mail Fraud, in violation of 18 U.S.C. § 1349 (Count One), and two counts of Wire Fraud, in violation of 18 U.S.C. §§ 1343 & 2 (Counts Five and Six). ECF 1.

On January 20, 2026, Defendant Fargnoli pled guilty to Count One of the indictment. ECF 86. On May 12, 2026, the Court ordered the parties to file a joint status report by August 13, 2026, and set a Status Conference for August 14, 2026.

## STATUS REPORT

The parties hereby submit their joint status report. Defendant Fargnoli is continuing to cooperate pursuant to his plea agreement. The parties do not have any further updates for the Court and do not believe a status conference is necessary at this time. The parties propose filing a further joint status report by November 20, 2026.

**CONCLUSION**

Based on the foregoing discussion, the parties respectfully request that the Court continue the status conference set for August 14, 2026, and order the parties to file a joint status report by November 20, 2026. A proposed order is attached to this motion.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: *<u>/s/ Rebecca G. Ross</u>*
Rebecca G. Ross, N.Y. Bar # 5590666
Jolie Zimmerman,
Sarah W. Ranney
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 252-7220 (Zimmerman)
(202) 252-6937 (Ross)

A. TYSEN DUVA
Assistant Attorney General

By: *<u>/s/ Alexis S. Hughes</u>*
Alexis S. Hughes
D.C. Bar No. 90017487
Department of Justice, Criminal Division
950 Pennsylvania Ave., N.W.
Washington, DC 20530
alexis.hughes@usdoj.gov