UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 25-cr-69-1 (RCL) |
| | : | |
| ERLEND OLSON, | : | |
| | : | |
| Defendant. | : | |

DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR A STATUS CONFERENCE AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

Defendant Erlend Olson, through counsel, respectfully responds to the United States' Motion For a Status Conference and To Exclude Time Under Speedy Trial Act, filed yesterday, August 18, 2026 (ECF No. 189) ("Motion").

First, Mr. Olson consents to the exclusion of time under the Speedy Trial Act sought by the government in its Motion.

Second, with respect to the government's request for a status hearing, we take no position on it. The government's Motion recites:

> The government emailed all Defendants about its proposal to seek a status date from the Court and file a Speedy Trial Act motion. Counsel for each Defendant agreed to this approach. But after the government reached out to the Court to ask for a status conference date, counsel for Defendant Olson indicated in an email to the Court that he opposes setting a status conference.

Motion at 2 n.3. I have no recollection of initially consenting to the government's request for an additional status conference. Further, with respect to the email to Chambers referenced by the government, my email of August 15, 2026, actually said:

> Dear Chambers -- With respect to Ms. Ranney's note below, on behalf of Mr. Olson, I'm writing just to clarify that we are not requesting that the Court set a status hearing, in addition to the dates already calendared by the Court in this case. *We have no position on the government's request for a status hearing.* Respectfully submitted, Barry Coburn

Emphasis added. I do not see where in the government's Motion any grounds are stated for its request for an additional status conference. I am unclear as to why the governnment believes that one is needed, in addition to the schedule already set by the Court, at the parties' joint request, to litigate issues under the Classified Information Procedure Act ("CIPA"). Thus we take no position on the government's request for another status hearing.

Respectfully submitted,

/s/ Barry Coburn

Barry Coburn Bar No. 358020
Coburn & Eisenstein PLLC
1200 G Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 643-9472
Facsimile: (866) 561-9712
barry@coburngreenbaum.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Response will be served upon all counsel of record via the Court's ECF system, this 19th day of August, 2026.

/s/ Barry Coburn

Barry Coburn